No. 87–6343.  HENSLEE v. SYKES, DIRECTOR, DEPARTMENT OF ADMINISTRATIVE SERVICES.  Sup. Ct. Ohio.  Motion of peti-

tioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 18, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.